**No. 40124.**—Petitions 5553–R, etc., of McCabe Brothers by W. F. Mackay (Noyes).

Opinion by KEEFE, J. These petitions were filed by parties not entitled to refund of duties and were therefore held to be fatally defective. *Richards* v. *United States* (24 C. C. P. A. 243, T. D. 48670) cited. It was held that were the court to accept so-called amended petitions, which are in fact new petitions, filed by the proper parties in interest, it would be without jurisdiction because the action of the customs authorities became final and conclusive upon all parties at the completion of the sixty-day period after liquidation. The motion to amend was therefore denied and the petitions were dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 16, 1938

**No. 40125.**—Protest 959902–G of Bass & Gross (New York).

Opinion by TILSON, J. It was stipulated that certain of the merchandise consists of galloons, trimmings, insertings, and flouncings composed of net and embroidered, the same as those passed upon in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) and embroidered galloons, flouncings, trimmings, and allovers like those the subject of *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 40126.**—Protest 956608–G (A) of Allied Linen Industries, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of towels in chief value of flax. The claim at 40 percent under paragraph 1014 was therefore sustained.

**No. 40127.**—Protests 206763–G, etc., of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.

**No. 40128.**—Protests 962263–G, etc., of Artistic Foundations, Inc., et al. (New York).

Opinion by TILSON, J. On the records presented the protests were dismissed.

**No. 40129.**—Protests 449086–G, etc., of J. E. Bernard & Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.